

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00476-CV

**IN THE INTEREST OF A.R.M.**, a Child
Appellant

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-11-26159-CV
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is DENIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent.

SIGNED April 27, 2022.

_____
Irene Rios, Justice